## IN THE UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| LOUIS FASULLO, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL NO. 09-cv-491-MJR** |
| ) | |
| PEOPLE of the UNITED STATES, et al., ) | |
| ) | |
| **Defendants.** ) | |

## MEMORANDUM AND ORDER

**REAGAN, District Judge:**

Before the Court are two motions filed by Plaintiff Louis Fasullo (Docs. 6, 7). In these motions, he argues that he is in imminent danger due to "the ritulistic *[sic]* abuse of children problems that he has" and that the boyfriend of his children's mother "may have threatened [his] children about their father." Such allegations do not show that Fasullo himself is in imminent danger of serious physical harm. Thus, these motions are **DENIED**.

On July 2, 2009, the Court denied Fasullo's motion to proceed *in forma pauperis* and directed him to pay the filing fee within 15 days. He has failed to pay that filing fee. Accordingly, this action is **DISMISSED** with prejudice. *See* FED.R.CIV.P. 41(b); *see generally Ladien v. Astrachan,* 128 F.3d 1051 (7th Cir. 1997); *Johnson v. Kamminga,* 34 F.3d 466 (7th Cir. 1994).

**IT IS SO ORDERED.**

**DATED this 27th day of July, 2009.**

s/ Michael J. Reagan
**MICHAEL J. REAGAN**
**United States District Judge**